In re Estate of Warren Beckwith et al., appellants, v. Harry J. Cooper, appellee. Gen. No. 8,189.

Heard in this court at the February term, 1930.

Opinion filed July 7, 1930.

Worcester & Lord, for appellants. Peffers & Wing, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Emilio Amidei, appellee, v. Nick Brandonisio, appellant. Gen. No. 8,102.

Alfonso Digani, appellee, v. Nick Brandonisio, appellant. Gen. No. 8,103.

Lino Cabri, appellee, v. Nick Brandonisio, appellant. Gen. No. 8,104.

Heard in this court at the October term, 1929.

Opinion filed July 19, 1930.

Louis R. Connell, for appellant; B. M. Shaffner, of counsel. J. A. Miller, for appellee; Sidney H. Block, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Oscar Haeberle, Trustee, v. Commonwealth Silica Company et al. Gen. No. 8,143.

Heard in this court at the October term, 1929.

Opinion filed July 19, 1930.

Arthur H. Shay and Butters & Butters, for certain appellant. R. A. Green, for appellee Commonwealth Silica Co.

Mr. Presiding Justice Jett delivered the opinion of the court.

Oscar Haeberle, Trustee, v. Commonwealth Silica Company et al. Gen. No. 8,144.

Heard in this court at the October term, 1929.

Opinion filed July 19, 1930.

Arthur H. Shay and Butters & Butters, for certain appellant. R. A. Green, for appellee Commonwealth Silica Co.

Mr. Presiding Justice Jett delivered the opinion of the court.

William F. Beckman, appellee, v. Brechter H. Alberts et al., appellants. Gen. No. 8,081.